JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Stefan Mildner and Doreen Mildner

**(b)** County of Residence of First Listed Plaintiff: Salzgitter, Germany
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kirton McConkie
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111

## DEFENDANTS
JBS USA LLC and Gleeson Constructors & Engineering, LLC, and DOES 1-5, and ABC CORPORATIONS 1-5

County of Residence of First Listed Defendant: Weld County, Colorado
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Gary L. Johnson (JBS USA, LLC)
299 S. Main St., Suite 1500
Salt Lake City, Utah 84111

John Romney (Gleeson)
136 E South Temple, Suite 1700
Salt Lake City, Utah 84111

## II. BASIS OF JURISDICTION
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT
- ☒ 360 Other Personal Injury

## V. ORIGIN
- ☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. 1332 and 28 USC 1391
Brief description of cause: Negligence in failing to clear away ice, resulting in a slip and fall, and a related loss of consortium claim

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 75,000.00
- JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

---

Case: 1:17-cv-00090
Assigned To: Waddoups, Clark
Assign. Date: 6/8/2017
Description: Mildner et al v. JBS USA et al